UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALONZO JOSEPH, | 1:18-cv-01338-GSA-PC |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR COURT TO ADD EXHIBITS TO FIRST AMENDED COMPLAINT (ECF No. 20.)** |
| vs. | |
| DR. RAHIMIFAR, et al., | |
| Defendants. | **ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT WITH EXHIBITS ATTACHED, AS INSTRUCTED BY THIS ORDER** |
| | **THIRTY DAY DEADLINE** |

## I.     BACKGROUND

Alonzo Joseph ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On September 4, 2018, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)  On August 28, 2019, the court screened the Complaint and dismissed the Complaint for failure to state a claim, with leave to amend. (ECF No. 15.)  On September 27, 2019, Plaintiff filed the First Amended Complaint.  (ECF No. 18.)

On December 5, 2019, Plaintiff filed a motion to add exhibits to the First Amended Complaint.  (ECF No. 20.)

## II. LOCAL RULE 220 AND FEDERAL RULE OF CIVIL PROCEDURE 15(a) - AMENDING THE COMPLAINT

Local Rule 220 provides, in part:

> Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading.

Plaintiff has submitted nine pages of exhibits to the court separate from the First Amended Complaint, with a request for the court to accept the exhibits as part of the First Amended Complaint. Plaintiff may not add supporting exhibits in this manner. Under Rule 220, Plaintiff may not amend the First Amended Complaint by adding exhibits submitted separately from the First Amended Complaint. To add information, or make a correction to the First Amended Complaint, Plaintiff must file an amended complaint which is complete in itself without reference to prior complaints. To add his exhibits Plaintiff must file a Second Amended Complaint, complete in itself, with the exhibits attached.

Plaintiff explains that he submitted the exhibits separately from the First Amended Complaint because he did not obtain the exhibits until after the First Amended Complaint was filed. Plaintiff asserts that the exhibits are medical records showing he was infected with the "Hep C" virus, and the Defendants did nothing to treat Plaintiff.

"Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" AmerisourceBergen Corp. v. Dialysis West, Inc., 445 F.3d 1132, 1136 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). In the interest of justice, the court shall allow Plaintiff to file a Second Amended Complaint with his exhibits attached, and must do so within thirty days. The Second Amended Complaint does not need to be identical to the First Amended Complaint, but it should be materially the same. Plaintiff is not granted leave to change the nature of the complaint, add defendants for unrelated claims, or add allegations of events occurring after this case was filed on September 4, 2018. If Plaintiff chooses to amend the complaint he shall clearly title the amended complaint "Second Amended Complaint" and refer to case number 18-cv-01338-GSA-PC.

**III.    CONCLUSION**

Based on the foregoing, it is **HEREBY ORDERED** that:

1.    Plaintiff's motion for the court to add separate exhibits to the First Amended Complaint is DENIED;

2.    If Plaintiff wishes to include his exhibits, he must file a Second Amended Complaint with the exhibits attached;

3.    Plaintiff is granted leave to file a Second Amended Complaint within thirty days of the date of service of this order, with his exhibits attached, as instructed by this order; and

4.    If Plaintiff does not file a Second Amended Complaint within the thirty-day deadline, this case shall proceed with the First Amended Complaint filed on September 27, 2019, without exhibits.

IT IS SO ORDERED.

Dated:    **January 23, 2020**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE