UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALONZO JOSEPH, | No. 1:18-cv-01338-NONE-GSA-PC |
| Plaintiff, | <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL</u><br>Doc. No. 24.) |
| vs. | |
| DR. RAHIMIFAR, et al., | <u>ORDER DISMISSING THIS CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM</u> |
| Defendants. | |
|  | <u>ORDER FOR CLERK TO CLOSE CASE</u> |

Plaintiff Alonzo Joseph is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2020, findings and recommendations were entered, recommending that this case be dismissed due to plaintiff's failure to state a claim upon which relief may be granted under § 1983.  (Doc. No. 24.)  The court previously advised plaintiff of the deficiencies with his complaint and provided direction regarding the legal standards applicable to the claims he was attempting to assert, yet plaintiff failed to cure those defects in his amended complaint.  (Oc. No.

1

15; Doc. No. 24 at 8–9.)  Accordingly, the magistrate judge recommended dismissal without further leave to amend.  (*Id.*)  Plaintiff was given fourteen days in which to file objections to the findings and recommendations.  (*Id.*)  The fourteen-day time period has expired, and plaintiff has not filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations entered on April 15, 2020, (Doc. No. 24), are adopted in full;

2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

3. The Clerk of Court is directed to assign a district judge to this matter and to close this case.

IT IS SO ORDERED.

Dated:   **May 22, 2020**                                          _____
                                                         UNITED STATES DISTRICT JUDGE